No. 83–171. TRANSAMERICA COMPUTER CO., INC. *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▮

No. 83–418. AFFELDT ET AL. *v.* J. C. PENNEY CO. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▮

No. 83–190. ABATTI FARMS, INC., ET AL. *v.* AGRICULTURAL LABOR RELATIONS BOARD ET AL. Ct. App. Cal., 4th App. Dist. Motion of Western Growers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.